# Tarhayi v. Allegheny Valley Street Railway Co., Appellant.

*Negligence—Street railways—Infants—Case for jury.*

In an action against a street railway company to recover damages for personal injuries sustained by a girl six years old in consequence of being struck by one of defendant's cars, the case is for the jury, and a verdict for the plaintiff will be sustained, where the disputed question of fact at the trial was whether the plaintiff had suddenly run from the sidewalk in front of the car and was not in view of the motorman until the moment she was struck, or whether she and other children were standing in the narrow space between the tracks and in full view when the car was started.

Argued Oct. 28, 1913. Appeals, Nos. 182 and 183, Oct.

T., 1913, from judgment, of C. P. Allegheny Co., Third
T., 1911, No. 57, on verdict for plaintiffs in case of Stef
Tarhayi in his own behalf and on behalf of Johanna
Tarhayi, his minor child, v. Allegheny Valley Street
Railway Company, a corporation.   Before FELL, C. J.,
BROWN, ELKIN, STEWART and MOSCHZISKER, JJ.   Affirmed.

Trespass to recover damages for personal injuries.
Before EVANS, J.

The opinion of the Supreme Court states the facts.

Verdict for Stef Tarhayi in his own behalf for $750
and on behalf of Johanna Tarhayi for $2,300, on which
judgment was entered.   Defendant appealed.

*Errors assigned* were in refusing to direct a verdict
for defendant and to enter judgment for defendant n.
o. v.

*A. Wilson McCandless,* with him *Stone & Stone,* for
appellant.

*J. M. Friedman,* for appellee.

PER CURIAM, January 5, 1914:

A girl six years old was returning from school with a
number of children of about the same age and was in-
jured by the defendant's car on a village street where it
had two tracks.   The car had been stopped on the south
track to await the removal of a horse and wagon which
were in front of it.   After these were removed the car
was started quite slowly, and had moved twice its length
when the girl was struck.   When the car was started the
track in front of it was clear, but a horse and wagon
moving in the opposite direction were advancing on the
north track.   The questions of fact at the trial were,
whether the girl had suddenly run from the sidewalk,
and was not in view of the motorman until the moment

she was struck, or whether she and other children were standing in the narrow space between the tracks and in full view when the car was started.

The assignments of error are to the refusal to direct a verdict for the defendant. Whether the children were between the tracks, and the motorman saw or should have seen them; or whether hemmed in by the advance of the car and the wagon, they were in such position, that under the impulse of fright, they would be apt to run across the tracks, were questions for the jury. They were submitted with most careful instructions to which no exceptions were taken.

The judgment is affirmed.